

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00192-CV

| | | |
|---|---|---|
| Dudley McAfee | § | From County Court at Law No. 1 |
| | § | of Wichita County (CCL-605-12-E) |
| v. | § | March 5, 2015 |
| Monte Glen Yancey | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the final protective order of the trial court is affirmed.

It is further ordered that appellant Dudley McAfee shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM